ROOSEVELT RACEWAY, INC., *v.* MONAGHAN, COMMISSIONER OF HARNESS RACING.

No. 299. Decided October 16, 1961.

*Samuel I. Rosenman, George Morton Levy* and *Max Freund* for appellant.

*Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE HARLAN would note probable jurisdiction.